**S. C. JOHNSON & SON, Inc., v. The R. F. JOHNSTON PAINT CO. and William A. Dail, Its Receiver.**

No. 7379.

Circuit Court of Appeals, Sixth Circuit.

Dec. 15, 1936.

Edward S. Rogers, of Chicago, Ill., Edwin B. H. Tower, Jr., of Milwaukee, Wis., and Peck, Shaffer & Williams, of Cincinnati, Ohio, for appellant.

Maxwell & Ramsey and Murray & Zugelter, all of Cincinnati, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

On motion by counsel for appellees herein and stipulation of counsel for both parties and good cause therefore having been shown,

It is ordered that the appeal of the S. C. Johnson & Son, Inc., be and hereby is dismissed and that the mandate of this court in the above-entitled cause shall issue forthwith remanding this cause to the District Court for the Southern District of Ohio, Western Division, for the entry of a consent decree.

---

**SELLERS LEASE DEVELOPMENT COMPANY, a Corporation, v. T. W. EKSTROM et al.**

No. 1458.

Circuit Court of Appeals, Tenth Circuit.

Oct. 23, 1936.

Glenn A. Thomas, of Kansas City, Mo., for appellant.

Charles L. Hunt, of Concordia, Kan., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

**George W. SERVIS v. Nan TANNER.**

No. 7113.

Circuit Court of Appeals, Sixth Circuit.

Dec. 17, 1936.

McMahon, Corwin, Landis & Markham, of Dayton, Ohio, for appellant.

Sidney G. Kusworm, of Dayton, Ohio, and Maurice J. O'Sullivan, of Kansas City, Mo., for appellee.

PER CURIAM.

The judgment obtained by the appellee, Nan Tanner, against the appellant, George W. Servis, having been fully paid, and the judgment having been vacated and set aside by the United States District Court, the appeal herein to this court is hereby dismissed at the costs of the appellant, George W. Servis.